

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

v.

)
)
)
)
)
)

NO. 3:14-cv-312
(To be assigned by the Clerk's Office.
Do not write in this blank.)

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

APPLICATION TO PROCEED IN FORMA PAUPERIS
WITH SUPPORTING DOCUMENTATION

I, _Lisa F. McMahan_, declare that I am the:

[X] plaintiff/petitioner

[ ] defendant/respondent

[ ] Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

In further support of this application, I answer the following questions:

Page 1 of 10

## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First   Middle   Last): *Lisa Faye McMahan*

YEAR OF BIRTH: *1962*

SOCIAL SECURITY NUMBER (last 4 digits only): *3420*

PHONE NOS.: *209-0457*

HOME ADDRESS:

*11424 Alanridge Ln   Knoxville TN 37932*

OWN OR RENT? *Buying*

HOW LONG AT CURRENT ADDRESS? *28 yrs*

MARITAL STATUS: *Single*

NAME AND ADDRESS OF CURRENT EMPLOYER:

*Dee's Treasure Chest*
*11424 Alanridge Ln*
*Knoxville, TN 37932*

TELEPHONE NUMBER OF EMPLOYER: *(865) 209-0457*

HOW LONG AT CURRENT EMPLOYMENT? *1991*

OCCUPATION (Describe what you do): *I sell giftware*

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS: *My job is 100% commission*

NET: *$500*

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT:

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT:

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES WITHIN THE PAST TWELVE MONTHS?

| | | |
|---|---|---|
| Business, professional or other form of self-employment? | [ ] Yes | [✓] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Rent payments, interest, or dividends? | [ ] Yes | [✓] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Pensions, annuities, or life insurance payments? | [ ] Yes | [✓] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Gifts or inheritance? | [✓] Yes | [ ] No |

If YES, state the source and amount: $500 per month
My mother, Betty McMahan has been making my house payment

| | | |
|---|---|---|
| Any other source? | [ ] Yes | [✓] No |

If YES, state the source and amount:

Page 3 of 10

Case 3:14-cv-00312-TAV-HBG  Document 1  Filed 07/08/14  Page 3 of 10  PageID #: 3

## ASSETS:
LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

CASH  $ 7500

CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below)   $ 69.00
(Do NOT include account numbers)

_Knoxville TVA Credit Union_

SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below)   $ -0-
(Do NOT include account numbers)

STOCKS AND BONDS   $ -0-

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

_11424 Alanridge Ln   Knoxville, TN_   $ 75,000.00

$ _____

$ _____

**TOTAL REAL ESTATE**   $ 75,000.00

Page 4 of 10

| VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize) | | |
|---|---|---|
| Costume jewelry | $ 50 | |
| 30 yr old furniture | $ 100 | |
| | $ | |
| **TOTAL PERSONAL PROPERTY** | | $ 150 |

MOTOR VEHICLES

| Year/Make | License No. | Current Value | |
|---|---|---|---|
| 03 Jeep Wrangler | 422 N 1 | $ | |
| (stolen 12-1-12 – I do NOT know | | $ | |
| the current condition | | $ | |
| **TOTAL VALUE OF MOTOR VEHICLES** | | | $ |

DEBTS OWED TO YOU (Give Name of Debtor)

| | | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| **TOTAL DEBTS OWED TO YOU** | | $ 0 |

OTHER ASSETS (ITEMIZE)

| | | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| **TOTAL OTHER ASSETS** | | $ 0 |

**TOTAL OFF ALL ASSETS:** $ 150

## LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

| | |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| **TOTAL LOANS PAYABLE TO BANKS** | $ -0- |

| | |
|---|---|
| NOTES (LOANS PAYABLE TO OTHERS) | $ |
| MORTGAGES PAYABLE ON REAL ESTATE | $ 523.00 |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ |
| MEDICAL BILLS _Cherokee Health Systems_ | $ 200.00 |
| TAXES AND ASSESSMENTS PAYABLE | $ |
| OTHER LIABILITIES (Itemize) | |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ |
| **TOTAL LIABILITIES** | $ 723.00 |

## LIVING EXPENSES

|  | Monthly Payment | Balance Owing |
|---|---|---|
| [ ] RENT or [✓] MORTGAGE PAYMENT (check one) | $ 523.00 | $ |
| ELECTRICITY | $ 98. | $ |
| WATER | $ 29. | $ |
| GAS | $ 150 | $ |
| TELEPHONE | $ 63. | $ |
| FOOD | $ 100. | $ |
| ALIMONY | $ | $ |
| CHILD SUPPORT | $ | $ |
| CHILD CARE | $ | $ |
| SCHOOL EXPENSES | $ | $ |
| AUTOMOBILE NOTE | $ | $ |
| AUTOMOBILE INSURANCE | $ canceled when jeep was stolen | |
| AUTOMOBILE REPAIRS | $ 20. | $ |
| GASOLINE | $ 150. | $ |
| FURNITURE NOTE | $ | $ |
| CLOTHING | $ | $ |
| CABLE TELEVISION | $ | $ |
| LIFE INSURANCE | $ | $ |
| HOSPITALIZATION INSURANCE | $ | $ |
| DOCTORS | $ | $ 200.00 |
| DRUGS | $ 20. | $ |
| CREDIT CARDS | $ | $ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ | $ |
| TAXES | $ | $ |
| ANY OTHER EXPENSES (LIST) | | |
| _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |
| **TOTAL EXPENSES** | | $ 1003.00 |

| SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA ||
|---|---|
| NAME (First    Middle    Last) | YEAR OF BIRTH |

N/A

SOCIAL SECURITY NUMBER (last 4 digits only)          PHONE NOS.

HOME ADDRESS (if different from yours):

OWN OR RENT?                    HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

    Salary or Wages      $_____

    Commissions      $_____

    All other sources (Pensions; Soc.Sec.;
    Rent; Interest; Dividends; Alimony, etc.)    $_____

        **TOTAL:**      $_____

Page 8 of 10

Case 3:14-cv-00312-TAV-HBG   Document 1   Filed 07/08/14   Page 8 of 10   PageID #: 8

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:	Age:	Relationship:	Living With Whom?

_N/A_

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)          $_____

**TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS**                                 $_____

# AFFIDAVIT

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.

June 30, 2014
DATE

Lisa F. McMahon
SIGNATURE

Created: January 31, 2007
IPF Application.wpd